MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

x

YELITZAPICON, on behalf of herself and all others similarly situated,

Plaintiff,

Civil Action No. 1:24-cv-6336

-against-

TELEFLORA, LLC

Defendant.

x

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Yelitza Picon, and Defendant, Teleflora, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: December 5, 2024

By: Gabriel Levy

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: Leah Johannesson

Leah Johannesson, Esq.
*Attorneys for Defendant*
Roll Law Group
11444 W. Olympic Blvd.
Los Angeles, CA 90064
T : (805) 216-9894
Leah.Johannesson@roll.com

Dated: December 9, 2024
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE